# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| LISA GLENNON, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-38 |
| v. | * | |
| PERFORMANCE FOOD GROUP, INC., d/b/a P.F.G., | * | |
| Defendant. | * | |

### ORDER

The parties participated in telephonic status conference with the Magistrate Judge on February 11, 2022. Dkt. No. 62. During the conference, both parties expressed an interest in mediation.

The Court hereby **ORDERS** the parties to mediate the case. They can choose to mediate privately or use Court-assisted mediation. The parties shall mediate the case on or before **April 22, 2022,** and provide the Court with a status update on or before April 27, 2022.

**SO ORDERED,** this 14 day of February, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)